UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YU-LIN CHIU,

    Plaintiff(s),

v.

NEUTRON HOLDINGS, INC,

    Defendant(s).

Case No. 3:25-cv-05373-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Adam John Kress, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Yu-Lin Chiu in the above-entitled action. My local co-counsel in this case is Jordon Harlan, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 273978.

| 444 Cedar Street, Suite 1800, Saint Paul, MN 55101 | 701 Island Avenue, Suite 200 San Diego, CA 92101 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (612) 436-1800 | 619.330.5120 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| akress@johnsonbecker.com | jordon@hhdlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0397289.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 06/27/2025                                             Adam John Kress
                                                                   APPLICANT
5

6    ══════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION
9                     FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of  Adam John Kress  is
12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14   counsel designated in the application will constitute notice to the party.

15   Dated: June 30, 2025

16

17                                                     _____
18                                                     UNITED STATES MAGISTRATE JUDGE

Updated 11/2021                                2



# STATE OF MINNESOTA IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

ADAM JOHN KRESS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 19, 2015

Given under my hand and seal of this court on

June 02, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration